IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC<br><br>      Plaintiff,<br><br>  v.<br><br>FRONTIER AIRLINES HOLDINGS, INC.,<br><br>      Defendant. | CIVIL ACTION NO. 2:14-cv-572<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF TQP DEVELOPMENT, LLC'S
CORPORATE DISCLOSURE STATEMENT**

Plaintiff TQP Development, LLC ("TQP") is a Delaware corporation. TQP has no parent corporation, and no publicly held company owns 10% or more of its stock.

Dated:  April 30, 2014                    Respectfully submitted,

                                                    By: */s/ Austin Hansley*
                                                    **AUSTIN HANSLEY P.L.L.C.**
                                                      Austin Hansley
                                                      Texas Bar No.: 24073081
                                                      Brandon LaPray
                                                      Texas Bar No.: 24087888
                                                      5050 Quorum Dr. Suite 700
                                                      Dallas, Texas 75254
                                                      Telephone:     (469) 587-9776
                                                      Facsimile:     (855) 347-6329
                                                      Email: Austin@TheTexasLawOffice.com
                                                      www.TheTexasLawOffice.com
                                                      **ATTORNEY FOR PLAINTIFF
                                                      TQP DEVELOPMENT, LLC**

**CERTIFICATE OF SERVICE**

       I hereby certify that on April 30, 2014, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Austin Hansley*
Austin Hansley