# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TQP DEVELOPMENT, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**FRONTIER AIRLINES HOLDINGS, INC.,**<br><br>    Defendants. | **CIVIL ACTION NO. 2:14-cv-00572-JRG**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Defendant Frontier Airlines Holdings, Inc. ("Defendant") files this their Notice of Appearance of Additional Counsel, and hereby notify the Court that Wasif Qureshi, of the law firm Fish & Richardson P.C., located at 1221 McKinney St., Suite 2800, Houston, Texas 77010, is appearing as additional counsel for Defendant in the above-referenced matter. All pleadings, discovery, correspondence, and other material should be served upon counsel at the above-referenced address.

Dated:  May 28, 2014

Respectfully submitted,

FISH & RICHARDSON P.C.


By: */s/ Wasif Qureshi*
    Neil J. McNabnay
    mcnabnay@fr.com
    Texas Bar No. 24002583
    Ricardo J. Bonilla
    rbonilla@fr.com
    Texas Bar No. 24082704
    1717 Main Street, Suite 5000
    Dallas, TX  75201
    (214) 747-5070 - Telephone
    (214) 747-2091 – Facsimile

    Wasif Qureshi
    wqureshi@fr.com
    Texas Bar No. 24048155
    FISH & RICHARDSON, P.C.
    1221 McKinney St., Suite 2800
    Houston, Texas 77010
    (713) 654-5300 – Telephone
    (713) 652-0109 - Facsimile

**COUNSEL FOR DEFENDANT**
**FRONTIER AIRLINES HOLDINGS, INC.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 28, 2014, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Wasif Qureshi*
Wasif Qureshi