IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TQP DEVELOPMENT, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>FRONTIER AIRLINES HOLDINGS, INC.,<br><br>  Defendant. | CASE NO. 2:14-cv-572-JRG-RSP<br><br>JURY TRIAL DEMANDED |

### DEFENDANT FRONTIER AIRLINES, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant and Counterclaim Plaintiff Frontier Airlines, Inc.[1], by and through its undersigned counsel, hereby discloses the following:

- Frontier Airlines, Inc. is a wholly-owned subsidiary of Frontier Airlines Holdings, Inc., which is owned by Falcon Acquisition Group, Inc. No publicly-held corporation owns 10% or more of Frontier Airlines, Inc.'s shares.

---

[1] The plaintiff sued the wrong entity, Frontier Airlines Holdings, Inc. That entity is a holding company and does not operate the system that is alleged to infringe the plaintiff's asserted patent claims.

                                        Respectfully submitted,

Dated:  July 15, 2014                     */s/ Neil J. McNabnay*
                                        Neil J. McNabnay
                                        Texas Bar No. 24002583
                                        mcnabnay@fr.com
                                        Ricardo J. Bonilla
                                        Texas Bar No. 24082704
                                        rbonilla@fr.com
                                        1717 Main Street, Suite 5000
                                        Dallas, Texas  75201
                                        (214) 747-5070 - Telephone
                                        (214) 747-2091 – Facsimile

                                        Wasif Qureshi
                                        Texas Bar No. 24048155
                                        qureshi@fr.com
                                        1221 McKinney St., Suite 2800
                                        Houston, Texas 77010
                                        (713) 654-5300 – Telephone
                                        (713) 652-0109 – Facsimile

                                        **Attorneys for Defendant**
                                        **FRONTIER AIRLINES, INC.**

3

## CERTIFICATE OF SERVICE

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on July 15th, 2014, per Local Rule CV-5(a)(3)..

*/s/ Ricardo J. Bonilla*
Ricardo J. Bonilla
